# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KIM RENEE YOUNG                                                 PLAINTIFF

v.                      No. 4:15CV00657 JLH-JJV

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                             DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 13th day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE