**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

KIM RENEE YOUNG                                                                                           PLAINTIFF

v.                                              No. 4:15CV00657 JLH-JJV

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 13th day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE